IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BELL | : | CIVIL ACTION |
| | : | NO. 09-3347 |
| Plaintiff, | : | |
| v. | : | |
| TOWNSHIP OF CONCORD, et al., | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **10th** day of **January, 2011,** it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 9) is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**